**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:

MARGARITO GONZALEZ,

        Plaintiff,

v.

JAMES OLLIGES and MY MORNING JACKET TOUR, INC.

        Defendants.

---

### DEFENDANT JAMES OLLIGES' NOTICE OF REMOVAL

---

Defendant James Olliges, by and through counsel, GODFREY | JOHNSON, P.C., hereby gives notice of removal of this civil action pursuant to 28 U.S.C. §§ 1441 and 1446, as amended, from the District Court for Boulder County, State of Colorado, to the United States District Court for the District of Colorado.

### I. INTRODUCTION

1. Plaintiff Margarito Gonzalez filed this tort action on or about May 17, 2016, a civil action (the "State Court action") in Boulder County District Court, Colorado, bearing the caption *Margarito Gonzalez v. James Olliges and My Morning Jacket Tours, Inc.,* Case No. 2016CV30550. Plaintiff alleges that he suffered injuries as a result of an automobile accident involving and caused by Defendant James Olliges, an employee of Defendant My Morning Jacket Tours, Inc. ("Defendant Morning Jacket"), that occurred in the City and County of Denver, Colorado. *See* District Court Civil Summons, Complaint, and State Court docket attached.

2. Defendant My Morning Jacket Tours, Inc., was served on June 13, 2016 in the State of Delaware. Mr. Olliges agreed to waive service of process, and a Waiver of Service was executed on June 20, 2016. Thus, the time has not yet elapsed within which Mr. Olliges is permitted to file his Removal, and therefore this Notice is filed in a timely manner. 28 U.S.C. § 1446(b).

3. The U.S. District Court for the District of Colorado has jurisdiction over this action under 28 U.S.C. § 1332, and this action is removable under 28 U.S.C. § 1441(b) in that this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4. In accordance with 28 U.S.C. § 1446(a), copies of process, pleadings, papers and exhibits filed in the Boulder County District Court, State of Colorado, of which Defendant Olliges is aware, are appended to this Notice.[1]

5. Venue is proper in this district under 28 U.S.C. § 1446(a) because this district embraces the place in which the removed action is pending.

6. Written notice of the filing of the Notice of Removal will be promptly served on Plaintiff and a copy will be filed promptly with the District Court Clerk for the City and County of Denver, Colorado pursuant to 28 U.S.C. § 1446(d).

## II.  DIVERSITY OF CITIZENSHIP EXISTS

7. Plaintiff is and was at the commencement of this action a citizen of the City and County of Denver, Colorado (Complaint, ¶ 1).

---

[1] Copies of all documents served upon My Morning Jacket Tours, Inc. and James Olliges are attached.

8. Defendant My Morning Jacket Tour, Inc., is and was at the commencement of this action organized in the state of Delaware, with its principal place of business in the state of Delaware, and is therefore a citizen of Delaware for purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

9. Defendant James Olliges is and was at the commencement of this action a resident of Louisville, Kentucky, in the State of Kentucky, and is therefore a citizen of Kentucky for purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

10. Neither the Plaintiff nor any of the named Defendants are citizens of the same state, and the Plaintiff is not a citizen of the same state as either of the Defendants. As such, diversity is complete under 28 U.S.C. § 1332.

### III.  THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

11. A Federal Court has diversity jurisdiction when there is diversity of citizenship among the parties and the amount in controversy exceeds $75,000.00. *Stuart v. Colorado Interstate Gas Co.*, 271 F.3d 1221 (10th Cir. 2001). Plaintiff in the instant case is seeking in excess of $75,000.00 from the Defendants for pain, suffering and personal disfigurement and punitive damages, to specified and determined at a jury trial. (*See* Complaint and Civil Case Cover Sheet, included as part of Exhibit A.

WHEREFORE, Defendant James Olliges hereby removes the State Court action pending as Case Number 2016CV30550, Division 5, in the Boulder County District Court, Boulder, Colorado, to the United States District Court for the District of Colorado.

Respectfully submitted this 12th day of July, 2016.

/s/ James A. Johnson
James A. Johnson, 27046
GODFREY | JOHNSON, P.C.
9557 S. Kingston Court
Englewood, Colorado 80112
Phone: (303) 228-0700
Fax: (303) 228-0701
Email:   johnson@gojolaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Robert D. Wilhite
Sandra L. Hagen
Sawaya, Rose, McClure & Wilhite
1600 Ogden Street
Denver, Colorado 80218
*Attorney for Plaintiff*

/s/ James A. Johnson
James A. Johnson, 27046
GODFREY | JOHNSON, P.C.
9557 S. Kingston Court
Englewood, Colorado 80112
Phone: (303) 228-0700
Fax: (303) 228-0701
Email:   johnson@gojolaw.com