**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  16-cv-01773-RPM

MARGARITO GONZALEZ,

        Plaintiff,

v.

JAMES OLLIGES and MY MORNING JACKET TOURS, INC.

        Defendants.

## DEFENDANTS' NOTICE OF SETTLEMENT

Defendants James Olliges and My Morning Jacket Tours, Inc., by and through counsel, GODFREY | JOHNSON, P.C., hereby notifies the Court as follows:

1.  The parties have agreed to a settlement in this matter.  The Release and Settlement Agreement documents are being prepared.

2.  The parties will file a Stipulated Motion for Dismissal within 30 days of the date of this filing.

Respectfully submitted this 24th day of April, 2017.

                                          /s/ James A. Johnson
                                          James A. Johnson, 27046
                                          GODFREY | JOHNSON, P.C.
                                          9557 S. Kingston Court
                                          Englewood, Colorado 80112
                                          Phone: (303) 228-0700
                                          Fax: (303) 228-0701
                                          Email:  johnson@gojolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Robert D. Wilhite
Sandra L. Hagen
Sawaya, Rose, McClure & Wilhite
1600 Ogden Street
Denver, Colorado 80218
*Attorney for Plaintiff*

/s/ James A. Johnson
James A. Johnson, 27046
GODFREY | JOHNSON, P.C.
9557 S. Kingston Court
Englewood, Colorado 80112
Phone: (303) 228-0700
Fax: (303) 228-0701
Email:   johnson@gojolaw.com