**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  16-cv-01773-RPM

MARGARITO GONZALEZ,

       Plaintiff,

v.

JAMES OLLIGES and MY MORNING JACKET TOURS, INC.

       Defendants.

---

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

---

Defendants James Olliges and My Morning Jacket Tours, Inc., and Plaintiff Margarito Gonzalez, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of the above-captioned action, **WITH PREJUDICE**, each party to bear its own costs and fees.

Respectfully submitted this 16th day of June, 2017.


*s/ Robert D. Wilhite*                       *s/ James A. Johnson*
Robert D. Wilhite                           James D. Johnson
Sawaya, Rose, McClure & Wilhite      Godfrey Johnson, P.C.
1600 Ogden Street                       9557 S. Kingston Court
Denver, Colorado 80218               Englewood, CO 80112
*Attorneys for Plaintiff*                   *Attorneys for Defendants*