**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 16-cv-01773-RPM

MARGARITO GONZALEZ,

    Plaintiff,

v.

JAMES OLLIGES and MY MORNING JACKET TOURS, INC.

    Defendants.

_____

### ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER having come before the Court on the parties' Stipulated Motion for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B), and the Court being fully advised, hereby adopts the stipulation of the parties.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this action shall be and is hereby dismissed **WITH PREJUDICE**, each party to bear their own costs and fees.

Done this 16th day of June, 2017.

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge